1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
3 | EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3697
FAX: (510) 637-3724

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KULWANT SINGH MANDER, | ) |
| | ) No. C 09-3829 MEJ |
| Plaintiff, | ) |
| | ) |
| v. | ) **STIPULATION TO EXTEND BRIEFING** |
| | ) **SCHEDULE AND HEARING DATE** |
| ALEJANDRO MAYORKAS, Director, | ) |
| United States Citizenship and Immigration | ) |
| Services, | ) |
| | ) |
| Defendant. | ) |

Plaintiff, by and through his attorney of record, and Defendant, by and through his attorney of record, hereby stipulate, subject to approval of the Court, to extend the briefing schedule and hearing date in light of the fact that the parties believe this matter can be resolved on cross-motions for summary judgment and believe that, in order to do that, the briefing schedule and hearing date should be modified as follows:

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment: | On File |
| Defendant's Opposition/Cross-Motion: | November 27, 2009 |
| Plaintiff's Reply/Opposition: | December 11, 2009 |
| Defendant's Reply: | December 18, 2009 |
| Hearing: | January 14, 2010 |

STIPULATION TO EXTEND BRIEFING SCHEDULE AND HEARING DATE
C 09-3829 MEJ                                                    1

1 | Dated:  November 18, 2009

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendant

Dated:  November 18, 2009

/s/
JONATHAN M. KAUFMAN
Attorney for Plaintiff

### [PROPOSED] ORDER

Pursuant to the parties' stipulation, IT IS ORDERED that:

1. The hearing date is extended from December 10, 2009, to January 14, 2010.

2. The parties' briefing schedule is modified as set forth in the stipulation to extend the briefing schedule and hearing date.

Date: November 18, 2009

_____
MARIA ELENA JAMES
United States Magistrate Judge

STIPULATION TO EXTEND BRIEFING SCHEDULE AND HEARING DATE
C 09-3829 MEJ                                               2